In the Matter of LUDLOW W. STEVENS, Appellant. NEW YORK TRUST COMPANY, as Cotrustee under an Indenture of Trust Made by LUDLOW W. STEVENS, as Settlor, Respondent.

Argued May 19, 1954; decided July 14, 1954.

*Arthur H. Beyer* for appellant.

*Asbury Hayne de Yampert* and *Charles Sims Farr* for respondent.

Order affirmed, with costs to respondent payable out of the trust fund; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE and FROESSEL, JJ. FULD and VAN VOORHIS, JJ., dissent and vote to reverse and to reinstate the order of Special Term on the authority of *Matter of Coyle* (305 N. Y. 809), and *Doctor* v. *Hughes* (225 N. Y. 305).